| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Shawn A. Williams, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone No: 415-288-4545 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court - Northern District Of California | | | | |
| Plaintiff(s): Corinne Gonsalves, et al. | | | | |
| Defendant: Block, Inc., et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25CV00642BLF |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Certification of Interested Entities or Persons; Standing Order re Civil Cases Judge Beth Labson Freeman; ECF Registration Information; Standing Order for All Judges

3. a. Party served: Block, Inc.
   b. Person served: Nadia Bellamy, Service of Process Intake Clerk, African American, Female, 30-35 Years Old, Black Hair, Glasses, 5 Feet 7 Inches, 150 Pounds.

4. Address where the party was served: The Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Jan. 23, 2025 (2) at: 1:56PM

7. *Person Who Served Papers:*
   a. Frank O'Donnell
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of DELAWARE that the foregoing is true and correct.

   1/28/2025
   (Date)                    (Signature)

8. STATE OF DELAWARE, COUNTY OF New Castle

   Subscribed and sworn to (or affirmed) before me on this 28 day of January by Frank O'Donnell proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   (Notary Signature)

   [Notary seal: BRIAN JAMES SCHOFIELD, MY COMMISSION EXPIRES NOV. 30, 2025, NOTARY PUBLIC, STATE OF DELAWARE]

**AFFIDAVIT OF SERVICE**
**Summons and Complaint**

shwil.275374