UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALLACE,<br><br>   Plaintiff,<br><br>   v.<br><br>AMRITA AHUJA, et al.,<br><br>   Defendants. | Case No. 25-cv-02202-SK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Plaintiff filed a notice pursuant to Local Rule 3-13 informing the Court that this case is potentially related to 25-cv-00642, *Gonsalves v. Block, Inc. et al.*, with the Hon. Noel Wise presiding. Because 25-cv-00642 is the lowest-numbered case, the Court therefore REFERS this case to Judge Wise and requests that Judge Wise consider whether these cases are related. Civil L.R. 3-12(c).

**IT IS SO ORDERED**.

Dated: March 5, 2025

_____
SALLIE KIM
United States Magistrate Judge