UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORINNE GONSALVES,

Plaintiff,

v.

BLOCK, INC., et al.,

Defendants.

Case No.  25-cv-00642-NW

**ORDER GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART PARTIES' STIPULATION AND PROPOSED ORDER**

Re: ECF No. 17

Parties filed a joint stipulation and proposed order on February 26, 2025, to extend the time for Defendants to respond to the complaint, and to continue case management conference deadlines (ECF No. 17).  The Court GRANTS IN PART and DENIES WITHOUT PREJUDICE IN PART.

The parties' first stipulation regarding waiver of service is GRANTED.

The parties' second and third stipulations regarding Defendants' time to respond to any complaint and parties' proposal to set a briefing schedule after lead counsel and lead plaintiff are appointed are DENIED WITHOUT PREJUDICE TO PROVIDE A DATE CERTAIN.  The parties shall provide the Court with a deadline, not tied to any condition, for Defendants' time to answer, move, or otherwise respond to Plaintiff's complaint (ECF No. 1).  Within fourteen days, the parties shall file a stipulation selecting a deadline for Defendants' response or Defendants must file their response.

The parties' final stipulation that existing case management deadlines are continued until after resolution of the anticipated motion to dismiss is DENIED.  Instead, the Court continues each of the existing case management deadlines included in the initial case management scheduling Order (ECF No. 8), including ADR deadlines, for fourteen days.  Parties shall file their joint case

management statement no later than Monday, March 31, 2025.

**IT IS SO ORDERED.**

Dated: March 14, 2025

_____
Noël Wise
United States District Judge

United States District Court
Northern District of California

2