Joshua P. Davis (SBN 193254)
**BERGER MONTAGUE PC**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Tel: (800) 424-6690
jdavis@bm.net

*Special Counsel for Ohio Public Employees*
*Retirement System and Proposed Lead Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINNE GONSALVES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,<br><br>Defendant. | Case No. 5:25-cv-00642-NW<br><br>**MOVANT OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM'S RESPONSE TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br>JUDGE:  Hon. Nöel Wise<br>DATE:   April 30, 2025<br>TIME:    9:00 a.m. |

Ohio Public Employees Retirement System ("OPERS") respectfully submits this Response to Competing Lead Plaintiff Motions and states as follows:

On March 18, 2025, OPERS timely filed its Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel in the above-captioned action. ECF No. 46. In addition to OPERS's Motion, six other lead plaintiff motions were timely filed on that date. ECF Nos. 24, 25, 35, 36, 39, 51. One of those motions (ECF No. 25) seeks the appointment of a group of 10 institutional investors who propose to aggregate their losses to secure lead plaintiff appointment. Of all 16 investors who moved to be appointed Lead Plaintiff by and through the seven separate

OPERS LEAD PLAINTIFF RESPONSE
CASE NO. 5:25-cv-00642-NW

1

motions, OPERS's loss of **$12,610,559** (LIFO) in its Class Period[1] investment in Block, Inc. is the second highest loss claimed across all motions, following only that of the aggregated movant. The following chart details the various movants' claimed losses:

| **MOVANT** | **LOSS CLAIMED** | **ECF** |
|---|---|---|
| New York City Fire Department Life Insurance Fund | $5,908 | No. 25 |
| Firefighters' Variable Supplements Fund | $18,348 | |
| Fire Officers' Variable Supplements Fund | $19,057 | |
| Police Officers' Variable Supplements Fund | $74,994 | |
| Police Superior Officers' Variable Supplements Fund | $83,025 | |
| New York City Board of Education Retirement System | $913,389 | |
| New York City Fire Pension Fund | $1,183,368 | |
| New York City Employees' Retirement System | $8,385,048 | |
| Teachers' Retirement System of the City of New York | $8,415,663 | |
| Teachers' Retirement System Variable A | $39,178,217 | |
| | $58,277,021 | |

---

[1] The Class Period alleged in the complaint in the above-captioned action is February 26, 2020 through and including April 30, 2024. ECF No. 1 at 1.

| OPERS | $12,610,559 | No. 46 |
| HANSAINVEST Hanseatische Investment-GmbH[2] | $11,480,165 | No. 24 |
| DeKalb County Pension Fund | $3,699,400 | No. 35 |
| Sarasota Firefighters' Pension Fund[3] | $354,827 | No. 51 |
| Chan Kwok King Kingsley[4] | $209,044 | No. 39 |
| Matthew Bondy[5] | $122,199 | No. 36 |

Thus, of the six motions that do not aggregate damages, OPERS's motion is the application with the largest loss, and the second highest among all applicants when aggregation is considered. Accordingly, OPERS remains an appropriate Lead Plaintiff candidate under the requirements set forth by the Private Securities Litigation Reform Act ("PSLRA"). *See* ECF No. 46 at 7-10.

Should this Court determine that the largest individual loss in an application that does not seek to aggregate losses is the most appropriate plaintiff or otherwise deems that the group of movants with the highest loss on an aggregated basis is not the "most adequate" movant or is otherwise inadequate for any reason, OPERS remains ready, willing, and able to serve as Lead Plaintiff on behalf of the putative class for all of the reasons set forth in its opening Motion and Memorandum of Law. *See Id.*

---

[2] Movant HANSAINVEST Hanseatische Investment-GmbH has since withdrawn its motion. ECF No. 80.

[3] Movant Sarasota Firefighters' Pension Fund has since filed a Notice of Non-Opposition to Competing Lead Plaintiff Motions acknowledging that it does not have the largest financial interest among the lead plaintiff movants. ECF No. 82.

[4] Movant Chan Kwok King Kingsley has since withdrawn his motion. ECF No. 64.

[5] Movant Matthew Bondy has since withdrawn his motion. ECF No. 83.

OPERS LEAD PLAINTIFF RESPONSE
CASE NO. 5:25-cv-00642-NW

3

Date:   April 1, 2025

Respectfully submitted,

/s/ *Joshua P. Davis*
Joshua P. Davis (SBN 193254)
**BERGER MONTAGUE PC**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Tel: (800) 424-6690
jdavis@bm.net

Michael Dell'Angelo (admitted *pro hac vice*)
Andrew D. Abramowitz
Alex B. Heller (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, Pa 19103
Tel: (215) 875-3000
mdellangelo@bm.net
aabramowitz@bm.net
aheller@bm.net

*Special Counsel for Ohio Public Employees Retirement System and Proposed Lead Counsel*

Jack T. Diamond
Victoria L. Ferrise
**BRENNAN MANNA DIAMOND**
75 East Market Street
Akron, OH 44308
Tel: (330) 253-1820
jtdiamond@bmdllc.com
vlferrise@bmdllc.com

*Additional Special Counsel for Ohio Public Employees Retirement*