GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
    blutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200

JESSICA VALENZUELA, SBN 220934
    jvalenzuela@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

COLIN B. DAVIS, SBN 273942
    cdavis@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800

*Attorneys for Defendants Block, Inc., Jack Dorsey, and Amrita Ahuja*

[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORINNE GONSALVES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,<br><br>Defendants. | Case No. 5:25-cv-00642-NW<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO ANSWER, MOVE TO DISMISS, OR OTHERWISE RESPOND AND PROPOSED BRIEFING SCHEDULE**<br><br>Hon. Noël Wise |

Gibson, Dunn & Crutcher LLP

AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO ANSWER, MOVE TO DISMISS, OR OTHERWISE RESPOND AND PROPOSED BRIEFING SCHEDULE
CASE NO. 5:25-cv-00642-NW

Plaintiffs Corinne Gonsalves and putative class members Teachers' Retirement System of the City of New York, New York City Employees' Retirement System, New York City Fire Pension Fund, New York City Board of Education Retirement System, Police Superior Officers' Variable Supplements Fund, Police Officers' Variable Supplements Fund, Firefighters' Variable Supplements Fund, Fire Officers' Variable Supplements Fund, New York City Fire Department Life Insurance Fund, and Teachers' Retirement System Variable A (collectively, the "NYC Funds"), whose motion for appointment as lead plaintiff is currently pending ("Plaintiffs") and Defendants Block, Inc. ("Block"), Jack Dorsey, and Amrita Ahuja (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation.

The Parties respectfully submit this stipulation in response to the Court's March 14, 2025 Order (ECF No. 22, "Order") regarding Defendants' time to answer, move, or otherwise respond to Plaintiff's complaint (ECF No. 1).  To allow the Parties and applicants to become lead plaintiff and lead counsel to comply with the procedures statutorily required by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 et seq, and to set a schedule that accommodates the forthcoming appointment of a lead plaintiff and anticipated filing of an amended complaint, counsel for the Parties agree and state as follows in support of this stipulation:

**WHEREAS,** on January 17, 2025, Plaintiff commenced the above-captioned action by filing a putative class action complaint (the "Complaint") (ECF No. 1);

**WHEREAS,** this putative class action asserts claims under federal securities laws that are governed by the PSLRA, *see* 15 U.S.C. § 78u-4 et seq.;

**WHEREAS,** the PSLRA sets out a specific statutory process for the appointment of lead plaintiff and lead counsel to represent the putative shareholder class, 15 U.S.C. § 78u-4(a)(3);

**WHEREAS,** the PSLRA's statutory process requires that the first plaintiff who files an action governed by the PSLRA publish a notice not later than 20 days after the date on which the complaint was filed advising members of the purported class of the pendency of the lawsuit, *see* 15 U.S.C. § 78u-4(a)(3)(A)(i);

AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO ANSWER, MOVE TO DISMISS, OR OTHERWISE RESPOND AND PROPOSED BRIEFING SCHEDULE
CASE NO. 5:25-cv-00642-NW

**WHEREAS,** in compliance with the PSLRA, Plaintiff caused notice of the pendency of the above-captioned action to be published on January 17, 2025;

**WHEREAS,** the publication of that notice triggered the PSLRA's 60-day deadline for "any member of the purported class" to move the Court for appointment as lead plaintiff, 15 U.S.C. § 78u-4(a)(3)(A)(i)(II);

**WHEREAS,** in compliance with the PSLRA, on March 18, 2025, seven stockholders or stockholder groups filed motions to be appointed lead plaintiff, and for their counsel to be appointed lead counsel, in this action (*See* ECF Nos. 24, 25, 35, 36, 39, 46, 51);

**WHEREAS**, five of the seven stockholders or stockholder groups have withdrawn their applications to be appointed lead plaintiff, and for their counsel to be appointed lead counsel in this action and two movants continue to seek such appointment (*See* ECF Nos. 24, 35, 36, 39, 46, 51);

**WHEREAS** the PSLRA contemplates that the Court will rule on such motions and appoint a lead plaintiff within 90 days of the January 17, 2025 notice, 15 U.S.C. § 78u-4(a)(3)(B)(i);

**WHEREAS,** on March 19, 2025, the Court set a hearing date of April 30, 2025, for all motions to appoint lead plaintiff and lead counsel (ECF No. 57);

**WHEREAS,** the Parties expect that the stockholder or stockholder group appointed to serve as lead plaintiff will file a consolidated or amended complaint that will supersede the initial complaint in this action, as happens in nearly every shareholder class action lawsuit filed under the PSLRA;

**WHEREAS,** the Parties expect that Defendants will file a motion to dismiss the amended complaint that is ultimately filed by the lead plaintiff;

**WHEREAS,** the Parties previously submitted a Stipulation with a proposed schedule for the filing of an amended complaint and Defendants' response to the amendment complaint following the appointment of a lead plaintiff, and the Court denied the stipulation and ordered the Parties to file stipulation selecting a deadline for Defendants' response or for Defendants to file their response within fourteen days of the Court's order (ECF No. 22);

**WHEREAS,** the Parties have not previously been granted any extension of time in the above-captioned action;

AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO ANSWER, MOVE TO DISMISS, OR OTHERWISE RESPOND AND PROPOSED BRIEFING SCHEDULE
CASE NO. 5:25-cv-00642-NW

**WHEREAS,** the PSLRA imposes an automatic stay of all discovery during the pendency of any motion to dismiss, 15 U.S.C. § 78u-4(b)(3)(B) ("Automatic Stay");

**WHEREAS,** because the PSLRA's Automatic Stay requires that discovery commence, if at all, only if and after Defendants' intended motion(s) to dismiss is denied and Defendants' time to answer the operative complaint commences, the Parties agree and request that, in the interest of judicial efficiency, and to effectuate the intent of the PSLRA, all deadlines under Rule 26(f) be vacated;

**IT IS HEREBY AGREED,** by and between the undersigned attorneys for the Parties, as follows, and the Parties respectfully request that the Court approve the Parties' agreed schedule below through entry of an order providing as follows:

    a.    The appointed lead plaintiff shall file an amended or consolidated complaint (or designate the current complaint as the operative complaint) within 49 days of the hearing on the pending lead plaintiff motions: **June 18, 2025**;

    b.    Defendants shall move to dismiss the appointed lead plaintiff's amended or current complaint, or if no superseding complaint is filed then the current complaint, on or before **July 30, 2025**;

    c.    The appointed lead plaintiff shall file any opposition to Defendants' motion to dismiss on or before **September 15, 2025**;

    d.    Defendants shall file any reply to appointed lead plaintiff's opposition to Defendants' motion to dismiss on or before **October 15, 2025**.

2.    In the event the Court denies the forthcoming motion to dismiss, Defendants and the appointed lead plaintiff will meet and confer and submit a proposed schedule to conduct a Rule 26(f) meeting and submit a discovery plan within 14 days of any order denying the motion to dismiss lead plaintiff's amended complaint.

3.    Defendants each expressly reserve all rights, arguments, defenses, or other objections (other than insufficient process or insufficient service of process).

4.    Nothing in this stipulation shall prejudice the right of any party to seek further extensions or modifications to this schedule from the Court.

Gibson, Dunn & Crutcher LLP

Dated: April 7, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Brian M. Lutz*

Brian M. Lutz, SBN 255976
blutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200

*Attorneys for Defendants Block, Inc., Jack Dorsey, and Amrita Ahuja*

ROBBINS GELLER RUDMAN & DOWD LLP

By: */s/ Brian E. Cochran*

Brian E. Cochran, SBN 286202
bcochran@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619.231.1058
Shawn A. Williams, SBN 213113
shawnw@rgrdlaw.com
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415.288.4545

*Attorneys for Plaintiff Corinne Gonsalves*

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

*/s/ Katherine Lubin Benson*

Richard M. Heimann (S.B.N. 063607)
Katherine Lubin Benson (S.B.N. 259826)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
rheimann@lchb.com
kbenson@lchb.com

Julie Goldsmith Reiser (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Suite 800
Washington, DC 20005

4

AMENDED STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING EXTENSION OF TIME TO ANSWER, MOVE TO DISMISS, OR OTHERWISE RESPOND AND PROPOSED BRIEFING SCHEDULE
CASE NO. 5:25-cv-00642-NW

Gibson, Dunn & Crutcher LLP

Telephone: (202) 408-4600
jreiser@cohenmilstein.com

Michael B. Eisenkraft (*pro hac vice*)
Benjamin F. Jackson (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
meisenkraft@cohenmilstein.com
bjackson@cohenmilstein.com

*Counsel for Lead Plaintiff Movant the NYC Funds and Proposed Co-Lead Counsel for the Class*

Gibson, Dunn & Crutcher LLP

AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO ANSWER, MOVE TO DISMISS, OR OTHERWISE RESPOND AND PROPOSED BRIEFING SCHEDULE
CASE NO. 5:25-cv-00642-NW

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 8, 2025

_____
Hon. Noël Wise
United States District Judge

6

Gibson, Dunn &
Crutcher LLP

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Amended Stipulation And [Proposed] Order Regarding Extension Of Time To Answer, Move To Dismiss, Or Otherwise Respond And Proposed Briefing Schedule.  Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Brian M. Lutz, attest that each of the other signatories have concurred in the filing of this document.


Dated:  April 7, 2025                                       GIBSON, DUNN & CRUTCHER LLP


                                                           By:  */s/ Brian M. Lutz*
                                                                    Brian M. Lutz

                                                           *Attorneys for Defendants*

Gibson, Dunn & Crutcher LLP

AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO ANSWER, MOVE TO DISMISS, OR OTHERWISE RESPOND AND PROPOSED BRIEFING SCHEDULE
CASE NO. 5:25-cv-00642-NW