Joshua P. Davis (SBN 193254)
**BERGER MONTAGUE PC**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Tel: (800) 424-6690
jdavis@bm.net

*Special Counsel for Ohio Public Employees*
*Retirement System and Proposed Lead Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CORINNE GONSALVES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,<br><br>Defendant. | Case No. 5:25-cv-00642-NW<br><br>CLASS ACTION<br><br>**MOVANT OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>JUDGE:  Hon. Nöel Wise<br>DATE:   April 30, 2025<br>TIME:   9:00 a.m. |

Ohio Public Employees Retirement System ("OPERS") respectfully submits this Reply in Further Support of its Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, and states as follows:

As discussed in its Response to Competing Lead Plaintiff Motions filed on April 1, 2025, [1] OPERS and six other Block, Inc. ("Block") investors timely filed motions for

---

[1] ECF No. 84.

OPERS LEAD PLAINTIFF REPLY
CASE NO. 5:25-cv-00642-NW

appointment as lead plaintiff and approval of selection of lead counsel in the above-captioned action on March 18, 2025.[2] One of those motions puts forward for appointment a group of 10 institutional investors seeking to aggregate their losses to secure lead plaintiff appointment.[3]

The loss suffered by OPERS in its Class Period[4] investment in Block – **$12,610,559** on a LIFO basis – is the second highest loss claimed by any of the movants, aggregated or otherwise. OPERS's loss is exceeded only by that of the aggregated movant.

***All*** five of the other movants have either withdrawn their lead plaintiff motion or indicated that they no longer oppose the appointment of another movant with larger losses.[5] As such, the only remaining movants seeking lead plaintiff appointment are OPERS and the movant seeking to aggregate its losses.

As the unaggregated movant with the largest loss – and highly incentivized to maximize recovery on behalf of the proposed Class, having itself experienced a loss exceeding $12.6 million – OPERS remains a highly qualified Lead Plaintiff candidate under the requirements set forth by the Private Securities Litigation Reform Act ("PSLRA"). *See* ECF No. 46 at 7-10.

Thus, should this Court determine that an unaggregated application is the most appropriate plaintiff, or otherwise deems that the group of movants with the highest loss on an aggregated basis is not the "most adequate" movant or is otherwise inadequate for any reason, OPERS remains ready, willing, and able to serve as Lead Plaintiff on behalf of the putative Class. *See Id.*

---

[2] ECF Nos. 24, 25, 35, 36, 39, 51.

[3] ECF No. 25.

[4] The Class Period alleged in the complaint in the above-captioned action is February 26, 2020 through and including April 30, 2024. ECF No. 1 at 1.

[5] *See* ECF Nos. 64, 80, 82, 83, 85.

OPERS LEAD PLAINTIFF REPLY
CASE NO. 5:25-cv-00642-NW

Date:   April 8, 2025

Respectfully submitted,

 /s/ *Joshua P. Davis*
Joshua P. Davis (SBN 193254)
**BERGER MONTAGUE PC**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Tel: (800) 424-6690
jdavis@bm.net

Michael Dell'Angelo (admitted *pro hac vice*)
Andrew D. Abramowitz
Alex B. Heller (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, Pa 19103
Tel: (215) 875-3000
mdellangelo@bm.net
aabramowitz@bm.net
aheller@bm.net

*Special Counsel for Ohio Public Employees Retirement System and Proposed Lead Counsel*

Jack T. Diamond
Victoria L. Ferrise
**BRENNAN MANNA DIAMOND**
75 East Market Street
Akron, OH 44308
Tel: (330) 253-1820
jtdiamond@bmdllc.com
vlferrise@bmdllc.com

*Additional Special Counsel for Ohio Public Employees Retirement*