**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. On March 24, 2025, this Court ordered 25-cv-02202 *Wallace v. Ahuja et al* related to 25-cv-00642 *Gonsalves v. Block Inc. et al*. *See* 25-cv-02202, ECF No. 15.

As the judge assigned to case 25-cv-00642 *Gonsalves v. Block Inc. et al*, I find that the more recently filed cases that I have initialed below are related to the cases assigned to me, and such cases shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 25-cv-00642-NW | *Gonsalves v. Block Inc. et al* | | |
| **25-cv-01262-MMC** | ***Patel v. Dorsey et al*** | NW | |
| 25-cv-02202-NW | *Wallace v. Ahuja et al* | | |
| **25-cv-02810-LB** | ***Roy v. Dorsey et al*** | NW | |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by F. R. Civ. P. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions in the reassigned case are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: April 16, 2025

_____
Noël Wise
United States District Judge

1