UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINNE GONSALVES,<br><br>              Plaintiff,<br><br>        v.<br><br>BLOCK, INC., et al.,<br><br>              Defendants. | Case No. 25-cv-00642-NW<br><br>**ORDER GRANTING MOTION TO INTERVENE**<br><br>Re: ECF No. 14 |

On February 26, 2025, California State Teachers' Retirement System ("CalSTRS"), a putative class member in the above-captioned civil case, filed a motion to intervene for the limited purpose of tolling the statute of repose.  ECF No. 14.  On March 25, 2025, Defendants Block, Inc., Jack Dorsey, and Amrita Ahuja filed a statement of non-opposition to CalSTRS's motion.  ECF No. 69.  The Court GRANTS CalSTRS' motion.

**IT IS SO ORDERED.**

Dated:  April 29, 2025

Noël Wise
United States District Judge

United States District Court
Northern District of California