ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
        – and –
MICHAEL A. TRONCOSO (221180)
BRIAN E. COCHRAN (286202)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
mtroncoso@rgrdlaw.com
bcochran@rgrdlaw.com

Counsel for Plaintiff Corinne Gonsalves

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORINNE GONSALVES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BLOCK, INC., et al., <br><br> Defendants. | Case No. 5:25-cv-00642-NW <br><br> CLASS ACTION <br><br> NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Corinne Gonsalves hereby voluntarily dismisses her claims without prejudice to her ability to participate in this action as an absent class member.  The class's interests will continue to be represented by Court-appointed Lead Counsel.

DATED:  June 30, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL A. TRONCOSO
BRIAN E. COCHRAN


                              s/ Brian E. Cochran
                           BRIAN E. COCHRAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
mtroncoso@rgrdlaw.com
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com

Counsel for Plaintiff Corinne Gonsalves