GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
    blutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200

JESSICA VALENZUELA, SBN 220934
    jvalenzuela@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

COLIN B. DAVIS, SBN 273942
    cdavis@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800

*Attorneys for Defendants Block, Inc., Jack Dorsey,*
*and Amrita Ahuja*

[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORINNE GONSALVES, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   v.<br><br>BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,<br><br>       Defendants. | Case No. 5:25-cv-00642-NW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>Hon. Noël Wise |

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES
CASE NO. 5:25-cv-00642-NW

Lead Plaintiff NYC Funds ("Lead Plaintiff") and Defendants Block, Inc. ("Block"), Jack Dorsey, and Amrita Ahuja (collectively, "Defendants," and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation:

**WHEREAS**, this action is a proposed class action alleging violations of federal securities laws against Defendants;

**WHEREAS**, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4, (the "PSLRA"), which sets forth specialized procedures for securities class actions;

**WHEREAS,** on June 18, 2025, Lead Plaintiff filed an amended putative class action complaint (the "Complaint") (ECF No. 106);

**WHEREAS,** Defendants filed a motion to dismiss the complaint on July 30, 2025; Lead Plaintiff filed an opposition to Defendant's motion to dismiss on September 15, 2025; and Defendants will file a reply in support of their motion to dismiss by October 15, 2025;

**WHEREAS,** the hearing on Defendants' motion to dismiss is set for November 5, 2025;

**WHEREAS,** pursuant to the Court's April 30, 2025 notice, (ECF No. 101), an Initial Case Management Conference is set for November 4, 2025, with a Joint Case Management Statement due on October 21, 2025;

**WHEREAS**, pursuant to the PSLRA, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party." (15 U.S.C. § 78u-4(b)(3)(B));

**WHEREAS,** the parties have previously stipulated to an extension of time to answer, move to dismiss, or otherwise respond and proposed briefing schedule (ECF No. 89);

**WHEREAS,** the requested continuance will have minimal impact on the case's schedule given the PSLRA 15 U.S.C. § 78u-4(b)(3)(B));

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES
CASE NO. 5:25-cv-00642-NW

**WHEREAS,** counsel for the parties have conferred and respectfully submit that, because discovery is stayed pending the Court's ruling on Defendants' motion to dismiss, good cause exists to vacate the existing November 4, 2025 Initial Case Management Conference deadline, the October 21, 2025 Joint Case Management Statement deadline, and any associated deadlines until after such time as the Court issues its ruling on Defendants' motion to dismiss;

**IT IS HEREBY AGREED,** by and between the undersigned attorneys for the Parties, as follows, and the Parties respectfully request that the Court approve the Parties' agreement below through entry of an order providing as follows:

a. The Initial Case Management Conference set for November 4, 2025 is vacated, along with the October 21, 2025 Joint Case Management Statement deadline, and any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules; and

b. An Initial Case Management Conference will be set 30 days after the Court rules on Defendants' motion to dismiss Plaintiff's Complaint, or such other date as the Court shall determine to be appropriate.

Dated: September 30, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Brian M. Lutz*

Brian M. Lutz, SBN 255976
blutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200

Jessica Valenzuela, SBN 220934
jvalenzuela@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

Gibson, Dunn &
Crutcher LLP

2

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES
CASE NO. 5:25-cv-00642-NW

Colin B. Davis, SBN 273942
cdavis@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800

*Attorneys for Defendants Block, Inc., Jack Dorsey, and Amrita Ahuja*

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:  */s/ Katherine Lubin Benson*

Richard M. Heimann, SBN 063607
rheimann@lchb.com
Katherine Lubin Benson, SBN 259826
kbenson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415.956.1000

Julie Goldsmith Reiser (*pro hac vice*)
jreiser@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600

*Attorneys for Plaintiff NYC Funds*

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES
CASE NO. 5:25-cv-00642-NW

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____



                                          Hon. Noël Wise
                                          United States District Judge

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES
CASE NO. 5:25-cv-00642-NW