GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
    blutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200

JESSICA VALENZUELA, SBN 220934
    jvalenzuela@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

COLIN B. DAVIS, SBN 273942
    cdavis@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800

*Attorneys for Defendants Block, Inc., Jack Dorsey,
and Amrita Ahuja*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORINNE GONSALVES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,<br><br>Defendants. | Case No. 5:25-cv-00642-NW<br><br>**SUPPLEMENTAL DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

SUPPLEMENTAL DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFF'S AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 5:25-cv-00642-NW

Gibson, Dunn &
Crutcher LLP

I, Brian M. Lutz, declare and state as follows:

1.    I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and counsel of record for Defendants in this matter.  I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Consolidated Class Action Complaint.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to the matters set forth herein.

2.    Attached hereto as **Exhibit Q** is a true and correct copy of excerpts of Block's 2020 Form 10-K, filed with the U.S. Securities and Exchange Commission (the "SEC") on or about February 23, 2021.  This document is cited and discussed in paragraphs 86 and 165 of the Amended Complaint.

3.    Attached hereto as **Exhibit R** is a chart detailing the true and correct closing stock prices for Block, Inc. from February 23, 2022 to February 24, 2022, prepared using historical price data from the official website of the New York Stock Exchange, https://www.nyse.com.

4.    Attached hereto as **Exhibit S** is a chart detailing the true and correct closing stock prices for Block, Inc. from March 29, 2023 to March 31, 2023, prepared using historical price data from the official website of the New York Stock Exchange, https://www.nyse.com.

*/s/ Brian M. Lutz*
Brian M. Lutz

Gibson, Dunn & Crutcher LLP

2

SUPPLEMENTAL DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 5:25-cv-00642-NW