# EXHIBIT Q

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 10-K

---

**(Mark One)**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2020**
**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**
**Commission File Number 001-37622**

---

# SQUARE, INC.
**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | | **80-0429876** |
|:---:|:---:|:---:|
| **(State or other jurisdiction of incorporation or organization)** | | **(I.R.S. Employer Identification Number)** |

**1455 Market Street, Suite 600**
**San Francisco, CA 94103**
**(Address of principal executive offices, including zip code)**

**(415) 375-3176**
**(Registrant's telephone number, including area code)**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| Class A Common Stock, $0.0000001 par value per share | SQ | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒   Accelerated filer ☐   Non-accelerated filer ☐   Smaller reporting company ☐   Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐   No ☒

The aggregate market value of the voting and non-voting common equity held by non-affiliates of the registrant, based on the closing price of a share of the registrant's Class A common stock on June 30, 2020 as reported by the New York Stock Exchange on such date was approximately $38.7 billion. Shares of the registrant's Class A common stock and Class B common stock held by each executive officer, director and holder of 5% or more of the outstanding Class A common stock and Class B common stock have been excluded in that such persons may be deemed to be affiliates. This calculation does not reflect a determination that certain persons are affiliates of the registrant for any other purpose.

As of February 18, 2021, the number of shares of the registrant's Class A common stock outstanding was 389,826,763 and the number of shares of the registrant's Class B common stock outstanding was 64,787,897.

Portions of the registrant's Definitive Proxy Statement relating to the Annual Meeting of Stockholders are incorporated by reference into Part III of this Annual Report on Form 10-K where indicated. Such Definitive Proxy Statement will be filed with the Securities and Exchange Commission within 120 days after the end of the registrant's fiscal year ended December 31, 2020.

**Results of Operations**

*Revenue (in thousands, except for percentages)*

|  | Year Ended December 31, | | | |
|  | 2020 | 2019 | $ Change | % Change |
|---|---|---|---|---|
| Transaction-based revenue | $ 3,294,978 | $ 3,081,074 | $ 213,904 | 7 % |
| Subscription and services-based revenue | 1,539,403 | 1,031,456 | 507,947 | 49 % |
| Hardware revenue | 91,654 | 84,505 | 7,149 | 8 % |
| Bitcoin revenue | 4,571,543 | 516,465 | 4,055,078 | 785 % |
| Total net revenue | $ 9,497,578 | $ 4,713,500 | $ 4,784,078 | 101 % |

Total net revenue for the year ended December 31, 2020, increased by $4.8 billion, or 101%, compared to the year ended December 31, 2019. Bitcoin revenue increased by $4.1 billion, and represented 85% of the increase in total net revenue. Excluding bitcoin revenue, total net revenue increased by $729.0 million, or 17%, in the year ended December 31, 2020, compared to the year ended December 31, 2019.

Transaction-based revenue for the year ended December 31, 2020 increased by $213.9 million or 7%, compared to the year ended December 31, 2019. This increase was in line with the increase in GPV of 6% for the year ended December 31, 2020, compared to the year ended December 31, 2019. The increase was primarily attributable to and affected by the following events and factors:

- In January and February of 2020, we benefited from the growth in payment volume processed by existing sellers, in addition to meaningful contributions from new sellers, compared to the same period in the prior year, which included a benefit from the impact of the leap year;

- In the second half of March through mid-April, 2020, as a result of the COVID-19 pandemic and subsequent shelter-in-place restrictions, we experienced a significant decline in transaction-based revenue, with GPV generated by our Seller business decreasing compared to the prior year;

- Beginning in mid-April 2020, we started to experience improving trends in GPV generated by our Seller business, as some states started to relax shelter-in-place measures, sellers adapted their businesses to contactless commerce, new sellers joined Square and various government assistance programs led to an increase in consumer spending;

- In the third and fourth quarters of 2020, we have experienced positive growth of GPV and revenue compared to the third and fourth quarters of 2019, primarily driven by higher priced card-not-present transactions as sellers continued to shift their businesses to adapt to the COVID-19 pandemic.

Despite the decrease in transaction-based revenue as a result of the COVID-19 pandemic, the overall increase in transaction-based revenue for the year ended December 31, 2020 compared to the same period in 2019 was primarily driven by growth in higher-priced card-not-present transactions as sellers shifted their businesses to adapt to the COVID-19 pandemic, and the impact from our November 2019 card-present price change, as well as Cash App GPV which includes Cash for Business and peer-to-peer payments sent from a credit card. Cash for Business activity includes peer-to-peer transactions to business accounts using Cash App. The factors and events above had varying impacts on the GPV growth and may continue to impact our revenues in the future. In particular, card-present growth varies by region and product, depending primarily on differences in the timing and phases of reopenings, which we expect will have a significant impact on overall GPV trends.

Subscription and services-based revenue for the year ended December 31, 2020 increased by $507.9 million or 49%, compared to the year ended December 31, 2019. On October 31, 2019, we completed the sale of the Caviar business, and, accordingly, Caviar no longer contributes to subscription and services-based revenue. Excluding Caviar, subscription and services-based revenue grew by $653.9 million, or 74%, in the year ended year ended December 31, 2020, compared to the year ended December 31, 2019 driven predominantly by Cash App, and to a lesser extent Square Card and Instant Transfers for sellers, partially offset by a decrease in Square Capital loan volumes. Cash App subscription and services-based revenue is primarily comprised of transaction fees from both Cash App Instant Deposit and Cash Card, with a small portion generated from interest earned on customer funds. In an effort to support our sellers, we temporarily suspended charging customers

61

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this Annual Report on Form 10-K to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: February 23, 2021

**SQUARE, INC.**

By:   /s/ Jack Dorsey
      Jack Dorsey
      *President, Chief Executive Officer, and Chairman*

**POWER OF ATTORNEY**

Each person whose signature appears below hereby constitutes and appoints Jack Dorsey, Amrita Ahuja and Sivan Whiteley, and each of them, as his or her true and lawful attorney-in-fact and agent, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith, as fully for all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or any of them, or their, his or her substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this Annual Report on Form 10-K has been signed by the following persons on behalf of the registrant and in the capacities and on the dates indicated:

146

| Signature | Title | Date |
|---|---|---|
| /s/ Jack Dorsey<br>Jack Dorsey | President, Chief Executive Officer, and Chairman (Principal Executive Officer) | February 23, 2021 |
| /s/ Amrita Ahuja<br>Amrita Ahuja | Chief Financial Officer (Principal Financial Officer) | February 23, 2021 |
| /s/ Ajmere Dale<br>Ajmere Dale | Chief Accounting Officer (Principal Accounting Officer) | February 23, 2021 |
| /s/ Roelof Botha<br>Roelof Botha | Director | February 23, 2021 |
| /s/ Amy Brooks<br>Amy Brooks | Director | February 23, 2021 |
| /s/ Paul Deighton<br>Paul Deighton | Director | February 23, 2021 |
| /s/ Randy Garutti<br>Randy Garutti | Director | February 23, 2021 |
| /s/ Jim McKelvey<br>Jim McKelvey | Director | February 23, 2021 |
| /s/ Mary Meeker<br>Mary Meeker | Director | February 23, 2021 |
| /s/ Anna Patterson<br>Anna Patterson | Director | February 23, 2021 |
| /s/ Lawrence Summers<br>Lawrence Summers | Director | February 23, 2021 |
| /s/ David Viniar<br>David Viniar | Director | February 23, 2021 |
| /s/ Darren Walker<br>Darren Walker | Director | February 23, 2021 |

147