# EXHIBIT R

**Block, Inc. Closing Stock Price – February 23, 2022 – February 24, 2022**

(obtained from https://www.nyse.com/quote/XNYS:XYZ)

| Date | Close |
|---|---|
| 2/23/2022 | $88.72 |
| 2/24/2022 | $94.99 |