# EXHIBIT S

**Block, Inc. Closing Stock Price – March 29, 2023 – March 31, 2023**

(obtained from https://www.nyse.com/quote/XNYS:XYZ)

| Date | Close |
|---|---|
| 3/29/2023 | $66.49 |
| 3/30/2023 | $68.49 |
| 3/31/2023 | $68.65 |