UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MICHAEL O'NEILL,<br><br>    Plaintiff,<br><br>v.<br><br>JACK DORSEY, et al.,<br><br>    Defendants. | Case No. 25-cv-08682-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Noel Wise, to consider whether the case is related to case number 3: 25-cv-00642-NW Gonsalves v. Block, Inc. and 3:25-cv-01262-NW Patel v. Dorsey et al.

**IT IS SO ORDERED.**

Dated: November 4, 2025

LAUREL BEELER
United States Magistrate Judge

ORDER — No. 25-cv-08682-LB