GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
  blutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200

JESSICA VALENZUELA, SBN 220934
  jvalenzuela@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

COLIN B. DAVIS, SBN 273942
  cdavis@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800

*Attorneys for Defendants Block, Inc., Jack Dorsey, and Amrita Ahuja*

[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORINNE GONSALVES, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,<br><br>                    Defendants. | Case No. 5:25-cv-00642-NW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER COMPLAINT**<br><br>Hon. Noël Wise |

Pursuant to Civil Local Rule 6-2, Defendants Block, Inc. ("Block"), Jack Dorsey, and Amrita Ahuja (collectively, "Defendants") and Lead Plaintiff NYC Funds ("Lead Plaintiff") (together, "the Parties") by and through their undersigned counsel, hereby stipulate and agree as follows and request that the Court enter the below Order approving this stipulation:

**WHEREAS,** on June 18, 2025, Lead Plaintiff filed an amended putative class action complaint (the "Complaint") (ECF No. 106);

**WHEREAS,** Defendants filed a motion to dismiss the complaint on July 30, 2025; Lead Plaintiff filed an opposition to Defendant's motion to dismiss on September 15, 2025; and Defendants filed a reply in support of their motion to dismiss on October 15, 2025;

**WHEREAS,** on January 6, 2026, the Court denied Defendants' motion to dismiss and set a January 27, 2026 deadline for Defendants to answer the Complaint, Dkt. 123;

**WHEREAS,** the Parties previously requested only one extension of time to answer the initial complaint filed in this Action during the pendency of motions for the appointment of lead plaintiff and lead counsel, Dkt. 90;

**WHEREAS,** following the Court's order denying the motions to dismiss in the related case captioned *In re Block Inc. Shareholder Derivative Litigation*, Case No. 5:25-cv-01262-NW (the "Derivative Action"), Defendants Dorsey and Ahuja are currently in the process of considering separate counsel to represent their interests in the Derivative Action and this action;

**WHEREAS,** Defendants represent that they will be prejudiced absent additional time to prepare an answer the Complaint;

**WHEREAS,** the Parties respectfully submit that Defendants' deadline to answer Plaintiff's Complaint should be extended to February 23, 2026;

**WHEREAS,** on April 8, 2025, the Court approved the Parties' Amended Stipulation and [Proposed] Order Regarding Extension of Time to Answer, Move to Dismiss, or Otherwise Respond And Proposed Briefing Schedule, which provided that the Parties would meet and confer and submit a proposed schedule to conduct a Rule 26(f) meeting and submit a discovery plan within 14 days of any order denying a motion to dismiss the complaint, which would be January 20, 2026, Dkt. 90 at 4;

1

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER COMPLAINT
CASE NO. 5:25-cv-00642-NW

5004772500.5

**WHEREAS,** an Initial Case Management Conference currently is scheduled for February 10, 2026, with a Joint Case Management Statement due on January 23, 2025 (ECF No. 113);

**WHEREAS,** the Parties agree that the Parties will submit a discovery plan on January 23, 2026, the same date as Parties' deadline to submit the Joint Case Management Statement;

**WHEREAS**, extension of time to answer the Complaint will not alter or otherwise impact the date of any other event or deadline already fixed by Court order;

**IT IS HEREBY AGREED,** by and between the undersigned attorneys for the Parties, as follows, and the Parties respectfully request that the Court approve the Parties' agreement below through entry of an order providing as follows:

    a.    The January 27, 2026 deadline for Defendants to answer the Complaint is vacated;

    b.    Defendants' deadline to answer Plaintiff's Complaint is extended to February 23, 2026.

Dated: January 20, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Brian M. Lutz*

Brian M. Lutz, SBN 255976
blutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200

Jessica Valenzuela, SBN 220934
jvalenzuela@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

Colin B. Davis, SBN 273942
cdavis@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800

*Attorneys for Defendants Block, Inc., Jack Dorsey, and Amrita Ahuja*



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Noël Wise

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER COMPLAINT
CASE NO. 5:25-cv-00642-NW

5004772500.5