IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORINNE GONSALVES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,<br><br>Defendants. | Case No. 5:25-cv-00642-NW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF THE ORDER ON THE MOTION TO DISMISS** |

Before the Court is Defendants Block, Inc., Jack Dorsey, and Amrita Ahuja's Motion for Leave to File a Motion for Reconsideration of the Order on the Motion to Dismiss (the "Motion for Leave"). The Court, having fully reviewed and considered all papers and arguments submitted in support of and in opposition to the Motion for Leave, and finding good cause for the Motion for Leave, orders as follows:

**IT IS HEREBY ORDERED** that:

(1) Defendants' Motion for Leave is **GRANTED**; and

(2) Defendants shall refile the Motion for Reconsideration of the Order on the Motion to Dismiss, attached as exhibit A to the Motion for Leave, on the docket in the above-captioned action within five (5) days of this Order.

**IT IS SO ORDERED.**

DATE: _____          _____

Judge Noël Wise
United States District Judge

1