UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| CORINNE GONSALVES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC., et al.,<br><br>Defendants. | Case No. 25-cv-00642-NW<br><br>**CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)** |

The court reviewed the joint case-management conference statement and issues this case-management and pretrial order. February 10, 2026, Case Management Conference is VACATED.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to File Class Certification | **Motion**: March 24, 2026<br>**Responses**: May 8, 2026<br>**Reply**: June 9, 2026 |
| Hearing on Certification of Class | June 30, 2026 at 9:00 a.m. |
| Deadline to Complete ADR:<br>    [x]  Court-sponsored mediation<br>    [ ] Court-sponsored ENE<br>    [ ] Mag. Judge Settlement Conf.<br>    [x] Private mediation<br>    [ ] Private arbitration<br>    [ ] Other: | November 30, 2026 |

United States District Court
Northern District of California

| Close of Fact Discovery | October 23, 2026 |
|---|---|
| Opening Expert Reports | November 20, 2026 |
| Rebuttal Expert Reports | December 18, 2026 |
| Close of Expert Discovery | January 08, 2027 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: January 29, 2027<br>**Responses**: February 12, 2027<br>**Replies**: February 19, 2027 |
| Hearing on Dispositive and *Daubert* Motions | March 24, 2027, at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | May 05, 2027 |
| Final Pretrial Conference | May 19, 2027, at 2:00 p.m. |
| Trial | June 07, 2027, at 9:00 a.m. |
| Length of trial | 5 days |

**IT IS SO ORDERED.**

Dated: February 4, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California