IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CORINNE GONSALVES, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,<br><br>        Defendants. | CASE NO. 5:25-cv-00642-NW<br><br>CLASS ACTION<br><br>**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**<br><br>Hon. Noël Wise |

On behalf of Individual Defendants Jack Dorsey and Amrita Ahuja, the following attorney

    (1) moves to substitute as counsel of record,

    (2) certifies they are members in good standing of this Court's bar,

    (3) attests to the consent of current counsel to be withdrawn, and

    (4) attests to the consent of the parties represented.


Name of new counsel seeking to appear and firm name:

Jonathan K. Youngwood (Simpson Thacher & Bartlett LLP)

Names of counsel withdrawing from representation and firm name:

Brian M. Lutz, Colin B. Davis, Jeffery D. Lombard, Jessica Valenzuela, Priyah Kaul and Sophia

Ritala (Gibson, Dunn, & Crutcher LLP)

Date: March 30, 2026

### [PROPOSED] ORDER

    The substitution of attorney(s) and firm is hereby approved and so ORDERED

Date: _____    _____

                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE