United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CORINNE GONSALVES, et al.,
Plaintiffs,

v.

BLOCK, INC., et al.,
Defendants.

Case No. 25-cv-00642-NW (VKD)

**FURTHER ORDER RE MAY 12, 2026 DISCOVERY DISPUTE RE PLAINTIFFS' DOCUMENT REQUESTS**

Re: Dkt. Nos. 148, 172

The Court held a further hearing on this dispute on July 21, 2026. As discussed at the hearing, defendants will investigate whether the additional five pieces of data plaintiffs described exist for the relevant time periods and whether defendants can produce that data. Defendants shall inform plaintiffs of the results of their investigation by **July 28, 2026**. The parties shall confer thereafter.

By **July 30, 2026**, the parties shall jointly file a brief report regarding the status of defendants' production of data and their respective or agreed proposals for resolution of this dispute.

**IT IS SO ORDERED.**

Dated: July 21, 2026

Virginia K. DeMarchi
United States Magistrate Judge