LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Richard M. Heimann (S.B.N. 063607)
Katherine Lubin Benson (S.B.N. 259826)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
rheimann@lchb.com
kbenson@lchb.com

Julie Goldsmith Reiser (pro hac vice)
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
jreiser@cohenmilstein.com

*Counsel for the NYC Funds and Co-Lead Counsel for the Class*

GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
blutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200

*Attorneys for Defendant Block, Inc.*

SIMPSON THACHER & BARTLETT LLP
JONATHAN K. YOUNGWOOD, SBN 350373
jyoungwood@stblaw.com
One Market Plaza Spear Tower, Suite 3800
San Francisco, CA 94105
Telephone: 415.426.7300

*Attorneys for Defendants Jack Dorsey and Amrita Ahuja*

[Additional attorneys listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CORINNE GONSALVES, individually and on behalf of others similarly situated,

Plaintiff,

v.

BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,

Defendants.

Case No. 5:25-cv-00642-NW

CLASS ACTION

**NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION AND ~~[PROPOSED]~~ ORDER STAYING ALL DEADLINES**

Judge: The Honorable Judge Noël Wise
Trial Date: June 7, 2027

GRANTED IN PART

The NYC Funds[1] and Defendants Block, Inc. ("Block" or the "Company"), Jack Dorsey and Amrita Ahuja (together, the "Parties") by and through their undersigned counsel, hereby notify the Court that they have reached an agreement in principle to settle all matters in controversy between the Parties, subject to Court approval. The Parties intend to promptly submit a finalized Stipulation of Settlement. Accordingly, to avoid unnecessary waste of judicial resources, the Parties hereby agree, stipulate to, and request the stay of all upcoming deadlines in this action.

Date: November 20, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Brian M. Lutz*
Brian M. Lutz, SBN 255976
Priyah Kaul, SBN 307956
blutz@gibsondunn.com
pkaul@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393.8200

Jessica Valenzuela, SBN 220934
jvalenzuela@gibsondunn.com
Jeffrey D. Lombard, SBN 285371
jlombard@gibsondunn.com
Sofia Ritala, SBN 273942
sritala@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849.5300

Colin B. Davis, SBN 273942
cdavis@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: (949) 451.3800

*Counsel for Defendant Block, Inc.*

[1] The NYC Funds is comprised of the Plaintiff Teachers' Retirement System of the City of New York, New York City Employees' Retirement System, New York City Fire Pension Fund, New York City Board of Education Retirement System, Police Superior Officers' Variable Supplements Fund, Police Officers' Variable Supplements Fund, Firefighters' Variable Supplements Fund, Fire Officers' Variable Supplements Fund, New York City Fire Department Life Insurance Fund, and Teachers' Retirement System Variable A.

SIMPSON THACHER & BARTLETT LLP

By: /s/ *Jonathan K. Youngwood*
Jonathan K. Youngwood, SBN 350373
jyoungwood@stblaw.com
One Market Plaza
Spear Tower, Suite 3800
San Francisco, CA 94105
Telephone: (415) 426-7300
Facsimile: (415) 426-7301

Peter E. Kazanoff (*pro hac vice*)
pkazanoff@stblaw.com
Janet Anne Gochman (*pro hac vice*)
jgochman@stblaw.com
Amy Dawson (*pro hac vice*)
amy.dawson@stblaw.com
Isabel Rose Mattson (*pro hac vice*)
isabel.mattson@stblaw.com
Meredith Dawn Karp (*pro hac vice*)
meredith.karp@stblaw.com
425 Lexington Avenue
New York, NY 10017
(212) 455-3525

*Counsel for Defendants Jack Dorsey and Amrita Ahuja*

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ *Richard M. Heimann*
Richard M. Heimann (S.B.N. 063607)
Katherine Lubin Benson (S.B.N. 259826)
Courtney J. Liss (S.B.N. 339493)
Nicole M. Rubin (S.B.N. 361232)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
rheimann@lchb.com
kbenson@lchb.com
cliss@lchb.com
nrubin@lchb.com

Steven E. Fineman (S.B.N. 140335)
Daniel P. Chiplock (*pro hac vice*)
Nicholas Diamand (*pro hac vice*)
Gabriel A. Panek (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
sfineman@lchb.com
dchiplock@lchb.com
ndiamand@lchb.com
gpanek@lchb.com

COHEN MILSTEIN SELLERS & TOLL LLP

By: */s/ Julie Goldsmith Reiser*
Julie Goldsmith Reiser (*pro hac vice*)
Claire Marsden (*pro hac vice*)
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
jreiser@cohenmilstein.com
cmarsden@cohenmilstein.com

Michael B. Eisenkraft (*pro hac vice*)
Benjamin F. Jackson (*pro hac vice*)
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
meisenkraft@cohenmilstein.com
bjackson@cohenmilstein.com

*Counsel for the NYC Funds and Co-Lead Counsel for the Class*

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:** ~~All upcoming deadlines in this action are hereby stayed.~~ The stipulation is GRANTED IN PART. The trial set to begin on June 7, 2026, is VACATED. The case is STAYED for 90 days, during which time Plaintiff must file a motion for preliminary approval of the settlement. The Court sets a compliance hearing regarding the motion for preliminary approval of the settlement and a case management conference for February 23, 2027 at 10:00am. If a motion for preliminary approval of the settlement is not filed by February 9, 2027, the parties shall provide the Court with the status of the motion as part of the parties' joint case management statement.

Dated: November 24, , 2026

HON. NOEL WISE
United States District Judge

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Brian Lutz, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: November 20, 2026

/s/ *Brian M. Lutz*

Brian M. Lutz, SBN 255976
blutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393.8200